UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| TERRY L. GEIGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-004 |
| ) | |
| LIBERTY COUNTY JAIL, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On January 14, 2013, the Court provisionally granted plaintiff Terry Geiger leave to proceed *in forma pauperis* on the condition he return two forms. (Doc. 3.) The order was returned as undeliverable on January 23, 2013, with a notation stating that plaintiff is no longer at that address. (Doc. 4.)

Plaintiff has neglected to provide the Court with a current mailing address, as required by S.D. Ga. LR 11.1. Without a litigant's current mailing address, the Court cannot move the case forward or even communicate with plaintiff. The Court has the inherent power to prune from its docket cases that amount to no more than mere dead wood. Accordingly, plaintiff's complaint should be **DISMISSED** without

prejudice for his failure to prosecute this action. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 30th day of January, 2013.

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA